Reset Form

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Uniloc 2017 LLC,   )   Case No: 3:19-cv-01904-WHO
  )
        Plaintiff(s),   )
  )   **APPLICATION FOR**
  v.   )   **ADMISSION OF ATTORNEY**
  )   **PRO HAC VICE**
Apple Inc.,   )   (CIVIL LOCAL RULE 11-3)
  )
        Defendant(s).   )

I, Alyssa Holland Ruderman, an active member in good standing of the bar of State of New York, hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Matthew D. Vella, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California.

| MY ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S ADDRESS OF RECORD: |
| --- | --- |
| Prince Lobel Tye LLP | Prince Lobel Tye LLP |
| One International Place, Suite 3700 | 357 S Coast Highway, Suite 200 |
| Boston, MA 02110 | Laguna Beach, CA 93651 |
| MY TELEPHONE # OF RECORD: | LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD: |
| 617-456-8000 | 949-232-6375 |
| MY EMAIL ADDRESS OF RECORD: | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD: |
| aruderman@princelobel.com | mvella@princelobel.com |

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 5414008.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.

*I declare under penalty of perjury that the foregoing is true and correct.*

Dated:   11/11/2019            /s/ Alyssa H. Ruderman
                                                    APPLICANT

---

**ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE**

IT IS HEREBY ORDERED THAT the application of _____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:

UNITED STATES DISTRICT/MAGISTRATE JUDGE

PRO HAC VICE APPLICATION & ORDER                               *October 2012*