Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff

MARK D. FOWLER, Bar No. 124235
mark.fowler@us.dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@us.dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@us.dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

Attorneys for Defendant

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### SAN FRANCISCO DIVISION

| | |
|---|---|
| UNILOC 2017 LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>APPLE INC.,<br><br>　　　　　　Defendant. | Case No.: 3:19-cv-01904-WHO<br><br>**JOINT STATUS REPORT AND JOINT STIPULATION WITH [PROPOSED] ORDER TO STAY CASE PENDING APPEALS** |

Plaintiff Uniloc 2017 LLC ("Uniloc") and Apple Inc. ("Apple") jointly file this status report and stipulation to stay pending appeal of other relevant cases.

**Status Report**

On November 17, 2018, Uniloc filed the Complaint in the Western District of Texas asserting infringement by Apple of U.S. Patent No. 7,136,999 ("the '999 patent). Dkt. No. 1. On April 8, 2019, the case was transferred to this District. Dkt. No. 37. On January 28, 2020, Apple filed an unopposed motion to stay this case pending resolution of instituted IPR2019-01337, brought by Apple. Dkt. Nos. 86, 87. On January 30, 2020, this Court granted Apple's motion. Uniloc has asserted claims 13 and 17 of the '999 patent.

On January 15, 2021, the PTAB found claims 1, 2, 4, 5, 7-10, 13-15, and 17 of the '999 patent unpatentable, but also found that Apple had not demonstrated that claims 3, 6, 11, 12, and 16 are unpatentable. The parties have not yet decided whether they intend to request rehearing,

1  appeal, or let the Final Written Decision stand.  Should Uniloc not appeal the Final Written

2  Decision, Apple will promptly request dismissal of this action with prejudice.

3                                    **Stipulation to Stay**

4          THE PARTIES STIPULATE to stay this action, pending appeal of this District's decision

5  regarding the Uniloc entities' lack of standing in *Uniloc 2017 LLC v. Google LLC* (Case No. 20-

6  4355 and various related cases); this District's decision regarding Uniloc USA, Inc.'s and Uniloc

7  Luxembourg S.A.'s lack of standing in *Uniloc USA, Inc. et al v. Apple Inc.* (Case No. 18-358); and

8  the District of Delaware's decision regarding Uniloc USA, Inc.'s and Uniloc Luxembourg S.A.'s

9  lack of standing in *Uniloc USA, Inc. et al. v. Motorola Mobility LLC* (Case No. 17-1658).

10         Those courts held that a third party had the ability to sublicense the patents in the Uniloc

11  portfolio as of the dates those actions were filed; that that ability deprived the Uniloc plaintiffs

12  constitutional standing to file the actions; and that the court therefor did not have subject matter

13  jurisdiction.  As a result, those courts dismissed the actions, and the Uniloc plaintiffs from those

14  cases have filed appeals as those decisions.

15         Because those decisions appear to create issue preclusion as to various factual and legal

16  issues in this action, and that preclusion may cause this Court to lack subject matter jurisdiction

17  over this action, the parties believe the Court cannot proceed until the Federal Circuit resolves

18  those issues.

19         The parties therefor STIPULATE, with the consent of the Court, to stay this action until

20  the last of such decisions on the above appeals by the United States Court of Appeals for the

21  Federal Circuit.

22

23

24

25

26

27

28

Date: February 2, 2021

Respectfully submitted,

*/s/ Aaron S. Jacobs*
Aaron S. Jacobs (CA No. 214953)
ajacobs@princelobel.com
James J. Foster
jfoster@princelobel.com
PRINCE LOBEL TYE LLP
One International Place, Suite 3700
Boston, MA 02110
617-456-8000

Attorneys for Plaintiff

*/s/ Christine K. Corbett*
MARK D. FOWLER, Bar No. 124235
mark.fowler@us.dlapiper.com
CHRISTINE K. CORBETT, Bar No. 209128
christine.corbett@us.dlapiper.com
JONATHAN HICKS, Bar No. 274634
jonathan.hicks@us.dlapiper.com
DLA PIPER LLP (US)
2000 University Avenue
East Palo Alto, CA 94303-2214
Telephone: 650.833.2000
Facsimile: 650.833.2001

Attorneys for Defendant

## ATTESTATION OF FILER

I hereby attest that all other signatories listed, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

*/s/ Aaron S. Jacobs*